FILE COPY

**IN THE SUPREME COURT OF TEXAS**

-- -- -- --

NO. 15-0379

NADER DARYAPAYMA AND
FARIBA DARYAPAYMA
v.
THE BANK OF NEW YORK
MELLON F/K/A THE BANK OF
NEW YORK, AS TRUSTEE FOR
THE CERTIFICATE HOLDERS OF
THE CWABS, INC., ASSET-BACK
CERTIFICATES, SERIES 2006-15

§
§
§
§
§
§
§
§

Dallas County,

5th District.

**September 11, 2015**

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

**October 30, 2015**

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, NADER DARYAPAYMA AND FARIBA DARYAPAYMA, pay all costs incurred on this petition.

FILE COPY

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 30th day of October, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk